UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
JESUS CORRALES,

                              Plaintiff,

       -against-                                       **NOTICE MOTION**

                                                                                      15 CV 2797
                                                                                      (JG)(JO)

THE CITY OF NEW YORK, THE KINGS COUNTY
DISTRICT ATTORNEYS OFFICE, DETECTIVE
INVESTIGATORS "JOHN DOE" #1-5, Individually
and in their Official Capacity (the name John Doe being
fictitious, as the true names are presently unknown), and
KINGS COUNTY DISTRICT ATTORNEY EMPLOYEES
"JOHN DOE" #1-5, Individually and in their Official Capacity
(the name John Doe being fictitious, as the true names are
presently unknown),

                                        Defendant.

--------------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that plaintiff John Hockenjos, moves this Court for an Order pursuant to Rules 72(a) of the Federal Rules of Civil Procedure to set aside Magistrate Judge Orenstein's order denying Cohen & Fitch LLP's motion to withdraw as counsel for plaintiff and entering a new order granting same; and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
December 14, 2015

                                                                         _____**/S**_____
                                                                         Gerald Cohen
                                                                         COHEN & FITCH LLP
                                                                         Attorneys for Plaintiff
                                                                         233 Broadway, Suite 1800

New York, N.Y. 10279  
(212) 374-9115  
gcohen@cohenfitch.com